Form 1-1

UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 1

| | |
|---|---|
| INTERNATIONAL PRODUCTS SOURCING GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | S U M M O N S <br><br> Court No. 24-cv-00189 |

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

                                                  /s/ Mario Toscano
                                                   Clerk of the Court

**PROTEST**

| | |
|---|---|
| Port of Entry:   Columbus (4103) | Center (if known): <br> Electronics CEE |
| Protest Number:   4103-24-103294 | Date Protest Filed:   June 7, 2024 |
| Importer:   International Products Sourcing Group, Inc. | Date Protest Denied:   August 26, 2024 |
| Category of Merchandise:   Computer Case | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| AVZ-0245581-3 | 12/23/2020 | 12/15/2023 | | | |

Wm. Randolph Rucker
Faegre Drinker Biddle & Reath LLP
320 South Canal Street, Suite 3300
Chicago, IL 60606-5707
randy.rucker@faegredrinker.com
(312) 569-1157

Form 1-2

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Computer Case | 8473.30.5100<br>9903.88.03 | FREE<br>25% | 8473.30.5100<br>9903.88.56 | FREE<br>FREE |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

Liquidation with assessment of Section 301 tariffs – the subject product is properly classified under HTSUS subheading 8473.30.5100 and is excluded from Section 301 tariffs.

The issue which was common to all such denied protests:

The subject merchandise is eligible for an exclusion from Section 301 duties.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Wm. Randolph Rucker
*Signature of Plaintiff's Attorney*

October 10, 2024
*Date*