**UNITED STATES COURT OF INTERNATIONAL TRADE**

INTERNATIONAL PRODUCTS SOURCING GROUP, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

Court No. 24-00189

**ORDER**

Upon consideration of Plaintiff's consent motion for extension of time to remain on the Customs Case Management Calendar, and all papers and proceedings herein, it is hereby:

**ORDERED** that Plaintiff's motion is **GRANTED**; and it is further

**ORDERED** that the deadline to remove the above-captioned cases from the Customs Case Management Calendar is October 31, 2027.

**SO ORDERED**.

________________________
**JUDGE**

DATED: ____________________
New York, New York

Pursuant to Rule 82(b), the above motion is Granted.

Dated: September 24, 2026

Clerk of the Court
By: /s/ Giselle Almonte
Deputy Clerk